UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   Case No. 8:09-CR-137-T-24TGW

GENE EDWARD HANKS
_____/

## ORDER

This matter comes before the Court on a petition alleging violations of the conditions of supervised release. On September 14, 2009, the US Probation Services Officer filed a superseding petition with the Court (Doc. 20) stating that Defendant Hanks violated the conditions of his supervised release by: (1) committing the offense of assault on February 2, 2009 and being convicted of such on August 31, 2009 in Hillsborough County Court, in violation of the Conditions of Supervision; and (2) committing the offense of battery (domestic violence) on April 11, 2009 and being convicted of such offense on July 13, 2009 in Hillsborough County Court, in violation of the Conditions of Supervision.

On September 17, 2009, the Court conducted a hearing. At the hearing, Defendant Hanks admitted to committing violations One and Two as set out above. The Court continued the hearing for 60 days, to see if Defendant Hanks could establish some stability, before making a final decision. During the 60 day continuance, Defendant Hanks was to continue on supervision with the same terms and conditions and with the following additional conditions: (1) he was to participate in a drug and alcohol treatment program; and (2) he was to refrain from consuming alcohol.

On November 17, 2009, the Court reconvened the hearing. At that time, the Court was informed by the probation officer that Defendant Hanks is currently employed, he has not consumed alcohol or tested positive for drugs, he has his own residence and he has not committed new violations.

The Court finds that Defendant Hanks violated the terms and conditions of his supervised release. Upon consideration, it is **ORDERED AND ADJUDGED** that he be continued on supervised release with the original terms and conditions, and with the following additional conditions: (1) he must participate in a drug and alcohol treatment program; (2) he must remain employed; (3) he must refrain from consuming alcohol; and (4) he must participate in random drug testing.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of November, 2009.

SUSAN C. BUCKLEW
United States District Judge